**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JULIE BROWN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ZEALTHY, INC. and FITRX, LLC.,

Defendants.

No. 4:26-CV-00386

(Chief Judge Brann)

# ORDER

**NOVEMBER 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Counsel for Defendant Zealthy, Inc.'s Motion to Withdraw (Doc. 28) is **GRANTED**;
2. Substitute counsel for Defendant Zealthy, Inc. **SHALL** enter an appearance with this Court by December 18, 2026;
3. If substitute counsel files an appearance by this date, they should also file a letter to the docket by January 4, 2027 indicating whether their client would like to withdraw their pending Motion to Compel Arbitration (Doc. 22); and
4. If substitute counsel does not enter an appearance on behalf of Defendant Zealthy, Inc., by December 18, 2026, the Court will strike

their Motion to Compel Arbitration (Doc. 22) and enter judgment against them.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge